UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOSHUA D.,[1]

Plaintiff,

v.

COMMISSIONER, Social Security Administration,

Defendant.

Case No. 2:24-cv-00527-MTK

**ORDER**

**KASUBHAI,** United States District Judge:

Plaintiff Joshua D. brought this action seeking review of the Commissioner's final decision denying his application for disability insurance benefits under the Social Security Act. ECF No. 1. On August 6, 2024, pursuant to a Stipulated Motion for Remand, the Court entered judgment reversing and remanding the case pursuant to sentence four of 42 U.S.C. § 405(g). ECF Nos. 10-12. Plaintiff received his notice of award of benefits, dated May 16, 2026. Pl.'s Mot. Ex. A, ECF No. 18-1.

[1] In the interest of privacy, the Court uses only the first name and last name initial of non-government parties whose identification could affect Plaintiff's privacy.

Plaintiff's attorney now seeks an award of fees pursuant to 42 U.S.C. § 406(b). ECF No. 18. Defendant takes no position with respect to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion and awards Plaintiff's counsel $5,073.25 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $1,272.02 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously received under EAJA and send Plaintiff's attorney the balance of $3,801.23 less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED this 2nd day of October 2026.

MUSTAFA T. KASUBHAI (He/Him)
United States District Judge